# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00389-CV

---

**In re Scott Sloan**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Scott Sloan seeks an original writ of habeas corpus challenging his pre-trial confinement as unlawful under the Uniform Enforcement of Foreign Judgments Act. This Court has no original habeas corpus jurisdiction in criminal law matters; our original jurisdiction to entertain applications for writ of habeas corpus extends solely to the actions of judges in civil cases. *See* Tex. Gov't Code § 22.221(d). Our habeas corpus jurisdiction in criminal matters is appellate only. *In re Hall*, No. 03-17-00778-CV, 2017 WL 5985541, at *1 (Tex. App.—Austin Nov. 30, 2017, orig. proceeding). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Court of Criminal Appeals, the district courts, the county courts, or a judge of those courts. Tex. Code Crim. Proc. art. 11.05.

Accordingly, we dismiss Sloan's application for writ of habeas corpus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Filed:   July 7, 2022